IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

OSCAR CONTRERAS
DIEN TRUONG
CLAIRE FISHER
RAFAEL MOLINA
ARIEL PORTILLO

Criminal No.24-56

[UNDER SEAL]

**FILED**

MAR 0 5 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

ORDER

AND NOW, to wit, this 5th day of March 2024, upon consideration of the Motion to Seal Indictment and Arrest Warrants, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrants issued pursuant to the Indictment, together with the Motion to Seal and this Order, are hereby SEALED until further Order of Court and no person shall disclose the return of the Indictment except when necessary for the issuance and execution of the Arrest Warrants.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney