*1545*

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAR 0 5 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

OSCAR CONTRERAS
DIEN TRUONG
CLAIRE FISHER
RAFAEL MOLINA
ARIEL PORTILLO

Criminal No. 24-56

(21 U.S.C. §§ 846, 841(a)(1),
841(b)(1)(B)(viii), 841(b)(1)(C); 18 U.S.C. §
1956(h))

**[UNDER SEAL]**

## INDICTMENT

### COUNT ONE

The grand jury charges:

From in and around January 2020, and continuing thereafter to in and around February 2024, in the Western District of Pennsylvania and elsewhere, the defendants, OSCAR CONTRERAS, DIEN TRUONG, CLAIRE FISHER, and ARIEL PORTILLO, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

Further, the grand jury finds that each of the defendants is individually responsible for the amounts set forth below, as a result of the defendant's own conduct and the conduct of other conspirators that was reasonably foreseeable to the defendant:

| OSCAR CONTRERAS | 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) |
|---|---|---|
| DIEN TRUONG | 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) |
| CLAIRE FISHER | A quantity of a mixture and substance containing a detectable amount of methamphetamine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| ARIEL PORTILLO | A quantity of a mixture and substance containing a detectable amount of methamphetamine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

2

## COUNT TWO

The grand jury further charges:

From in and around May 2021, and continuing thereafter to in and around November 2023, in the Western District of Pennsylvania and elsewhere, the defendants, OSCAR CONTRERAS, DIEN TRUONG, CLAIRE FISHER, and RAFAEL MOLINA, did knowingly, intentionally and unlawfully conspire with one another, and with persons both known and unknown to the grand jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce involving property representing the proceeds of a specified unlawful activity, that is, illegal drug trafficking in violation of 21 U.S.C. §§ 841 and 846, with the intent to promote the carrying on of the specified unlawful activity, and knowing that the transactions were designed, in whole or in part, to conceal and disguise the nature, location, source, ownership and control of the proceeds of the specified unlawful activity, contrary to the provisions of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

3

## COUNT THREE

The grand jury further charges:

In and around January 2022 through in and around February 2022, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The grand jury further charges:

In and around May 2022, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIVE

The grand jury further charges:

In and around February 2023 to in and around March 2023, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIX

The grand jury further charges:

In and around April 2023, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SEVEN

The grand jury further charges:

In and around May 2023, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHT

The grand jury further charges:

In and around July 2023 to in and around August 2023, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT NINE

The grand jury further charges:

In and around January 2024, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TEN

The grand jury further charges:

In and around February 2024, in the Western District of Pennsylvania and elsewhere, the defendant, OSCAR CONTRERAS, did knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendants charged in Counts One, Three, Four, Five, Six, Seven, Eight, Nine, and Ten that, upon their conviction of any such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of these offenses to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offenses, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offenses, including, but not limited to, the following accounts (the "Accounts"):

1. All United States currency, funds or other monetary instruments credited to account number 722001218 in the name of OSCAR ENTERPRISE LLC, located at JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, Ohio 43271.

2. All United States currency, funds or other monetary instruments credited to account number 6392001 in the name of OSCAR CONTRERAS, located at Valley Strong Credit Union, 11500 Bolthouse Drive, Bakersfield, California 93311.

3. All United States currency, funds or other monetary instruments credited to account number 6392002 in the name of OSCAR CONTRERAS, located at Valley Strong Credit Union, 11500 Bolthouse Drive, Bakersfield, California 93311.

4. All cryptocurrency, United States currency, funds or other monetary instruments credited to User ID 5a20967564103b00e7ccb307 in the name of OSCAR CONTRERAS, located at Coinbase Global, Inc., 430 California Street, San Francisco, California 94104.

12

5.      All United States currency, funds or other monetary instruments credited to account number 333378153 in the name of MARLENIE DAYAN RODRIGUEZ, located at JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, Ohio 43271.

6.      All United States currency, funds or other monetary instruments credited to account number 3723671237 in the name of MARLENIE DAYAN RODRIGUEZ, located at JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, Ohio 43271.

The United States hereby gives notice to the defendants charged in Count Two that, upon their conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982, of all property involved in each offense of conviction in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, and all property traceable to such property, including, but not limited to, the Accounts listed above.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

13

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and

Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the

defendants up to the value of the forfeitable property described above.

A True Bill,

FOREPERSON

ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

NICOLE VASQUEZ SCHMITT
Assistant United States Attorney
PA ID No. 320316

14