IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RAFAEL MOLINA

Criminal No. 24- 56-4
**[UNDER SEAL]**

## ARRAIGNMENT PLEA

Defendant RAFAEL MOLINA

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)