CRIMINAL CASE INFORMATION SHEET

*2:24-cr-56-4*

Pittsburgh ___X___          Erie _____          Johnstown _____

Related to No. _____23-cr-31_____ Judge _____Bissoon_____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1. ____ Narcotics and Other Controlled Substances
           1a. _X_ Narcotics and Other Controlled Substances
                   (3 or more Defendants)
           2. ____ Fraud and Property Offenses
           2a. ____ Fraud and Property Offenses
                   (3 or more Defendants)
           3. ____ Crimes of Violence
           4. ____ Sex Offenses
           5. ____ Firearms and Explosives
           6. ____ Immigration
           7. ____ All Others

Defendant's name:              RAFAEL MOLINA _____

Is indictment waived:          ____ Yes     _X_ No

Pretrial Diversion:            ____ Yes     _X_ No

Juvenile proceeding:           ____ Yes     _X_ No

Defendant is:                  _X_ Male     ____ Female

Superseding indictment or information   ____ Yes     _X_ No

              Previous case number: _____

If superseding, previous case was/will be:

       _____ Dismissed on defendant's motion
       _____ Dismissed on government's motion
       _____ After appellate action
       _____ Other (explain)

County in which first offense cited
occurred:               Allegheny _____

Previous proceedings before
Magistrate Judge:       _____

       Case No.:        _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: _____ is in custody    _X_ is not in custody

Name of Institution: _____

Custody is on: _____ this charge    _____ another charge

_____ another conviction

_____ State    _____ Federal

Detainer filed: _____ yes    _____ no

Date detainer filed: _____

Total defendants: _5_

Total counts: _10_

Data below applies to defendant No.: _4_

Defendant's name: RAFAEL MOLINA

## SUMMARY OF COUNTS

| COUNTS | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 2 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | X | |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: March 5, 2024

*/s/ Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316