**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAR 0 5 2024

UNITED STATES OF AMERICA

v.

OSCAR CONTRERAS
DIEN TRUONG
CLAIRE FISHER
RAFAEL MOLINA
ARIEL PORTILLO

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

Criminal No. 24-56
[UNDER SEAL]

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants OSCAR CONTRERAS, DIEN TRUONG, CLAIRE FISHER, RAFAEL MOLINA, and ARIEL PORTILLO, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with violating Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 1956(h).

Recommended bond for Contreras and Truong: Detention.
Recommended bond for Fisher, Molina and Portillo: $10,000 Unsecured.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By:　*/s/ Nicole Vasquez Schmitt*
　　　NICOLE VASQUEZ SCHMITT
　　　Assistant U.S. Attorney
　　　PA ID No. 320316