**FILED**

**MAR 0 5 2024**

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

OSCAR CONTRERAS
DIEN TRUONG
CLAIRE FISHER
RAFAEL MOLINA
ARIEL PORTILLO

Criminal No. 24- 56
**[UNDER SEAL]**

O R D E R

AND NOW, to wit, this 5 day of March 2024, upon consideration of the Motion for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED, that Arrest Warrants shall issue for the apprehension of defendants OSCAR CONTRERAS, DIEN TRUONG, CLAIRE FISHER, RAFAEL MOLINA, and ARIEL PORTILLO.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Nicole Vasquez Schmitt, AUSA