# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs**<br><br>**RAFAEL MOLINA,**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Criminal No: 2:24-CR-00056-4-CB** |

## ORDER APPOINTING COUNSEL

The Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney KOMRON MAKNOON  is appointed as counsel for defendant RAFAEL MOLINA pursuant to provisions on the Criminal Justice Act, 18 U.S.C §3006A.

This appointment is effective the 22nd day of March, 2024.

_____

Patricia L Dodge

United States Magistrate Judge