**Query**      **Reports**      **Utilities**      **Help**      **What's New**      **Log Out**

# U.S. District Court
## Eastern District of California - Live System (Bakersfield)
## CRIMINAL DOCKET FOR CASE #: 5:24-mj-00013-CDB-3

---

Case title: USA v. Contreras

Other court case number: 2:24-cr-00056-CB Western District of Pennsylvania

Date Filed: 03/13/2024

Date Terminated: 03/20/2024

---

Assigned to: Magistrate Judge Christopher D. Baker

**Defendant (3)**

**Rafael Molina**
*TERMINATED: 03/20/2024*

represented by **Timothy P. Hennessy**
Hennessy Law Group
1217 L Street
Bakersfield, CA 93301
661-237-7179
Email: tph@hennessyatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2024 | 4 | SHACKLING MINUTE ORDER, signed by Magistrate Judge Christopher D. Baker on 3/13/2024: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Rafael Molina is Fully Shackled (USM # 04189-511). (Hall, S) (Entered: 03/14/2024) |
| 03/13/2024 | 6 | MINUTES (Text Only) for proceedings held before Magistrate Judge Christopher D. Baker: INITIAL APPEARANCE/ARRAIGNMENT AND PLEA in RULE 5(c)(3) PROCEEDINGS re Indictment from the Western District of Pennsylvania as to Oscar Contreras, Claire Fisher, Rafael Molina, and Ariel Portillo held on 3/13/2024. Defendant Claire Fisher consented to appearance via video conference. Financial affidavits received; the Court appointed counsel to represent defendants. Defendants advised of rights, charges, maximum penalties; waived formal reading/rights. True names stated as charged. I.D. WAIVED as to all defendants. NOT GUILTY PLEAS and DENIALS ENTERED. Discovery/reciprocal discovery- SO ORDERED. DETENTION HEARING as to all defendants held: Government moved for detention and requested temporary release on O/R pending further detention hearings; argued. Government withdrew the motion for detention. Defendants ORDERED RELEASED on O/R with numerous pretrial conditions as set forth on the record. Defendants ORDERED TO APPEAR at **Status Conference set for 3/19/2024 at 02:30 PM in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker.** Excludable started as to Oscar Contreras, Claire Fisher, Rafael Molina, Ariel Portillo: XT Start: 3/13/2024 Stop: 3/19/2024. Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial. For the reasons set forth on the record, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Government Counsel: Robert Veneman-Hughes present via video. Defense Counsel: Alekxia Torres Stallings, Mai Shawwa, Timothy Hennessy, and Griffin Estes (via video) present. Pretrial Services Officer: Frank Guerrero present. Custody Status: (C) Defendants Contreras, Molina and Portillo present; Defendant Fisher present via video. Court Reporter: ECRO: S. Hall. (Hall, S) (Entered: 03/14/2024) |
| 03/14/2024 | 15 | ORDER SETTING CONDITIONS of RELEASE, signed by Magistrate Judge Christopher D. Baker on 3/13/2024 as to Rafael Molina. (Hall, S) (Entered: 03/14/2024) |
| 03/14/2024 | 16 | APPEARANCE AND COMPLIANCE BOND, signed by Magistrate Judge Christopher D. Baker on 3/13/2024 as to Rafael Molina. (Hall, S) (Entered: 03/14/2024) |
| 03/14/2024 | 21 | ARREST WARRANT RETURNED Executed on 3/12/2024 as to Rafael Molina. (Hall, S) (Entered: 03/14/2024) |
| 03/19/2024 | 24 | MINUTES (Text Only) for proceedings held before Magistrate Judge Christopher D. Baker: STATUS CONFERENCE as to Oscar Contreras, Claire Fisher, Rafael Molina, and Ariel Portillo held on 3/19/2024. Defendants ORDERED TO APPEAR for arraignment on April 3, 2024, at 11:00 AM, in Courtroom 10A before Magistrate Judge Cynthia Reed Eddy, Western District of Pennsylvania. Defendants shall make arrangements for their appearance at the arraignment with defense counsel in the charging district. Government Counsel: Robert Veneman-Hughes present via video. Defense Counsel: Alekxia Torres Stallings, Mai Shawwa, Timothy Hennessy, and Griffin Estes (video) present. Pretrial Services Officer: Frank Guerrero present. Custody Status: O/R- all defendants present. Court Reporter: ECRO: S. Hall. (Hall, S) (Entered: 03/19/2024) |
| 03/20/2024 | 25 | TRANSMITTAL of DOCUMENTS on *3/19/2024* to * Western District of Pennsylvania* *Attn: Clerk's Office* *700 Grant Street* *Pittsburgh, PA 15219*. *Electronic Documents: 1 to 24 * (Sant Agata, S) (Entered: 03/20/2024) |

| 03/20/2024 | 27 | ORDER APPOINTING COUNSEL, signed by Magistrate Judge Christopher D. Baker on 3/19/2024. Attorney Timothy P. Hennessy appointed for Rafael Molina. (Hall, S) (Entered: 03/20/2024) |
|---|---|---|