## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

**March 20, 2024**

Western District of Pennsylvania
Attn: Clerk's Office
700 Grant Street
Pittsburgh, PA 15219

**RE:**        **USA  vs.  OSCAR CONTRERAS**
**USDC No.:**    **5:24–MJ–00013–CDB**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated March 19, 2024 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 24**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please **acknowledge** receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **S. Sant Agata**

Deputy Clerk

DATE RECEIVED:    _3/27/24_

RECEIVED BY:    _Nicholas DeLucia_
*(Print Name)*

NEW CASE NUMBER:    _2:24 - cr-56_