**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 2:24-cr-00056 |
| ` | ) | |
| | ) | |
| v. | ) | The Honorable Cathy Bissoon |
| | ) | |
| | ) | |
| RAFAEL MOLINA | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

AND NOW, comes Defendant, Rafael Molina (hereinafter "Mr. Molina"), by and through his attorney, Komron Jon Maknoon, Esquire, and respectfully files the within Motion to Continue Sentencing and, in support thereof, avers as follows

1. On or about March 5, 2024, Mr. Molina was charged by indictment for the violation of 21 U.S.C. § 1956(h) (*See* ECF Doc. No. 3).

2. Scheduled and due are:

   a. Sentencing Memoranda on December 30, 2025, and

   b. Sentencing Hearing on January 6, 2026, at 10:00 a.m.

3. Currently, undersigned counsel and Assistant United States Attorney Nicole Vasquez Schmitt need additional time to address administrative matters prior to sentencing.

4. AUSA Vasquez Schmitt consents to the relief requested herein.

**WHEREFORE**, Mr. Molina, through undersigned counsel, respectfully requests that the Motion to Continue Sentencing Hearing be granted, and that the Sentencing Hearing be continued for 90 days, or for such other time as the Court deems necessary.

1

Respectfully Submitted,

*s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
601 Broad Street
1st Floor
PO Box 584
Sewickley, PA 15143
(412) 201-1802
(412) 774-8424 FAX

Attorney for Defendant, Rafael Molina