# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 2:24cr00056 |
| | ) | |
| | ) | |
| v. | ) | The Honorable Cathy Bissoon |
| | ) | |
| | ) | |
| RAFAEL MOLINA | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's Motion to Continue Sentencing, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

a.      The Motion to Continue Sentencing is GRANTED. Sentencing in this matter shall be continued until _____, 2026, at : _.m.

b.      The deadline for filing sentencing memoranda is continued and shall be due no later than _____ days prior to the rescheduled sentencing date.

BY THE COURT:

_____, J.
United States District Judge
Cathy Bissoon