IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 24-56

OSCAR CONTRERAS, et al.

## **NOTICE OF SUBSTITUTION OF ATTORNEY**

NOTICE is hereby given that Jonathan D. Lusty, Assistant United States Attorney, is replacing Assistant United States Attorney, Nicole Vasquez Schmitt as counsel of record for the government in the above-captioned case.

Respectfully submitted,

TROY RIVETTI
United States Attorney


*/s/ Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
Jonathan.Lusty@usdoj.gov
PA ID No. 311180