IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

v.

Criminal No. 24-56

OSCAR CONTRERAS,

## **APPEARANCE OF COUNSEL**

NOTICE is hereby given that Micheal R. Ball, Assistant United States Attorney, is

counsel of record for the government in the above criminal action.


Respectfully submitted,

TROY RIVETTI
United States Attorney


s/ *Michael R. Ball*
MICHAEL R. BALL
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 8947317
PA ID No. 209143